UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JONATHAN RODRIGUEZ,

                Petitioner,

       v.

JAIME RIOS, et al.,

            Respondents.

Case No. 5:26-cv-03462-AH-SSC

JUDGMENT  [JS-6]

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that Petitioner **Jonathan Rodriguez (A# 246-059-012)** is to be released from the custody of Immigration and Customs Enforcement immediately and upon appropriate conditions of supervision. Respondents are enjoined as indicated in the order.

Dated: JULY 2, 2026

_____
HONORABLE ANNE HWANG
United States District Judge